# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

## DIVISION  II

In the Matter of
the Post-Sentence Review of

CASEY R. WOODSON,

                     Respondent.

No.  50201-1-II

UNPUBLISHED OPINION

WORSWICK, P.J.  —  The Department of Corrections (DOC) petitioned this court under RCW 9.94A.585(7) to review the sentence imposed by the trial court in *State v. Casey R. Woodson*, Pacific County Superior Court Cause No. 16-1-00166-0.  Woodson pleaded guilty to three counts of first degree dealing in depictions of minors engaged in sexually explicit conduct.  The trial court sentenced him under RCW 9.94A.507(1)(b) and (3) to a minimum term of confinement of 57 months and a maximum term of confinement of the statutory maximum.  DOC contends, and the State and Woodson agree, that the court erred in sentencing Woodson under RCW 9.94A.507(1)(b) because his prior conviction for second degree burglary was not a qualifying conviction.  *See State v. Martell*, 200 Wn. App. 293, 304, 402 P.3d 387 (2017).  We grant DOC's petition and remand

No. 50201-1-II

Woodson's judgment and sentence to the trial court to consider the validity of the plea and, if appropriate, for resentencing.

A majority of the panel having determined that this opinion will not be printed in the Washington Appellate Reports, but will be filed for public record in accordance with RCW 2.06.040, it is so ordered.

_____
WORSWICK, P.J.

We concur:

_____
MELNICK, J.

_____
SUTTON, J.